IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 16-2020-CA-004199

SANDRA FRANK,

    Plaintiff

vs.

DRURY HOTELS COMPANY, LLC,

    Defendant

_____/

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, SANDRA FRANK, sues the Defendant, DRURY HOTELS COMPANY, LLC, (hereinafter "DRURY"), and alleges as follows:

1. This is an action for damages in excess of $15,000.00.

2. At all times material hereto, Plaintiff, SANDRA FRANK, was a resident of Duval County, Florida.

3. At all times material hereto, Defendant, DRURY was a foreign for-profit corporation doing business in Georgia, and whose principal place of business is located at 721 Emerson Road, St. Louis, Missouri, 63141.

4. The incident giving rise to this action occurred on July 29, 2017, in Valdosta, Georgia. Venue is appropriate in Jacksonville, Duval County, Florida, as Plaintiff is a resident of Duval County, Florida.

5. At all times material, the Defendant Drury owned, operated, managed, and was in control and possession of the Drury Inn and Suites, located at 1327 St. Augustine Road, Valdosta, Georgia (hereinafter, the "Inn").

6.     Upon information and belief, at all times material, Drury was responsible for the maintenance of the common areas of the Inn.

7.     On July 29, 2017, the Plaintiff was a lawful business invitee of the Inn, and as such, was using the facilities of the Inn.

8.     At that time and place Plaintiff was injured when she slipped and fell on a pool of water which Defendants had negligently allowed to remain in the lobby area leading to an indoor pool at the Inn.

9.     At all times material hereto, the Defendants owed its business invitees, including the Plaintiff, a duty to keep its store and premises in a reasonably safe condition, and also to warn of dangerous conditions that were known or should have been known to the Defendants.

10.    The presence of the foreign substance on the premises of the Inn created and allowed an unsafe and dangerous condition to exist.

11.    At all times material hereto, the Defendants breached said duty by allowing the dangerous condition to exist.

12.    As a result, the Plaintiff, SANDRA FRANK, was injured in and about body and extremities, suffered pain therefrom, incurred medical expense in the treatment of her injuries, and suffered physical handicap, loss of earnings, and loss of ability to earn money.  Her injuries are either permanent or continuing in nature and she will suffer these losses and impairments in the future.

WHEREFORE, Plaintiff, SANDRA FRANK, demands judgment for damages against the Defendants and a trial by jury on all issues herein.

Filed this 30th day of July, 2020.

    /s/  Kenneth C. Steel, III
**Kenneth C. Steel, III, Esq.**
**Florida Bar No. 0976131**
**2064 Park Street**
**Jacksonville, FL  32204**
**Attorney for Plaintiff**
**Phone:  904-514-4484**
**Fax:  904-384-0664**
**Primary e-mail for efiling:**
**steeltriallaw@gmail.com**