UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SANDRA FRANK,

                                                                    Case No.: 3:20-cv-00982-BJD-PDB

    Plaintiff,

v.

DRURY HOTELS COMPANY, LLC,

    Defendant.
_____/

## **NOTICE OF APPEAL**

Notice is hereby given that Sandra Frank, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Granting Defendant's Motion to Dismiss (Dkt. 26), dismissing this case with prejudice, entered in this action on the 16th day of August, 2021.

                                                      /s/ Kenneth C. Steel, III
                                                **KENNETH C. STEEL, III**
                                                Florida Bar No.: 976131
                                                Steel Trial Law, PLLC
                                                2064 Park Street
                                                Jacksonville, FL  32204
                                                Phone: 904-514-4484
                                                Fax:    904-384-0664
                                                **Counsel for Plaintiff**
                                                Primary email for service of process:
                                                steeltriallaw@gmail.com

3:20-cv-000982-BJD-PDB

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF filing system on September 14, 2021, and that the foregoing document is being served on all counsel and parties of record via transmission of Notices of Electronic Filing generated by the CM/ECF filing system or by some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

        /s/ Kenneth C. Steel, III
**KENNETH C. STEEL, III**
Counsel for Plaintiff